Decided June 21, 1990

SCHAGHTICOKE INDIANS OF KENT, CONNECTICUT, INC., ET AL. *v.* KEITH POTTER ET AL.

The plaintiffs state of Connecticut's and commissioner of environmental protection's petition for cer-

tification for appeal from the Appellate Court, 22 Conn. App. 229, is granted, limited to the following issues:

"1. Do the Connecticut courts have civil jurisdiction over the state's Indian tribes and reservations?

"2. Does the state, as intervenor, have the right to appeal an Indian tribal dispute?"

*Grace M. Dodier*, assistant attorney general, in support of the petition.

Decided June 21, 1990